UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| KIEVA MYERS, individually, and on behalf of a class of similarly situated individuals,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>BMW OF NORTH AMERICA, LLC, BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT,<br><br>　　　　　Defendant. | CASE NO. 3:16-cv-00412-WHO<br><br>Hon. William H. Orrick<br><br>**Order on Stipulation and Joint Request to Continue Case Management Conference by Forty-Five (45) Days** |

　　　The Court has received and reviewed the Stipulation and Joint Request of Plaintiff Kieva Myers ("Plaintiff") and Defendant BMW of North America, LLC ("BMW NA") to continue the April 19, 2016 Case Management Conference ("Stipulation").  Based on the Stipulation and GOOD CAUSE APPEARING, it is hereby ORDERED that the April 19, 2016 initial case management conference is continued to June 14, 2016 at 2 p.m.  All other aspects of the Court's Initial Case Management Conference Order remain unchanged.

Dated: March 18, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　　　Hon. William H. Orrick

　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge