UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| KIEVA MYERS, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>BMW OF NORTH AMERICA, LLC, Bayerische Motoren Werke Aktiengesellschaft,<br><br>Defendants. | CASE NO. 3:16-CV-00412-WHO<br><br>**ORDER GRANTING STIPULATION TO EXTEND RESPONSE DATE TO FIRST AMENDED COMPLAINT AND TO CONTINUE CASE MANAGEMENT CONFERENCE TO ACCOMMODATE SCHEDULED EARLY MEDIATION** |

The Court has received and reviewed the Stipulation of Plaintiff Kieva Myers ("Plaintiff") and Defendant BMW of North America, LLC ("BMW NA"), seeking to extend the deadline for all parties to respond to the First Amended Complaint ("FAC") until July 20, 2016 (30 days after the mediation scheduled for June 20, 2016) and to continue the Case Management Conference ("CMC") currently set for June 14, 2016 to a date in August 2016.  Based on the Stipulation and GOOD CAUSE APPEARING, it is hereby ordered that the complaint response date for all parties that have been served with the FAC is set for July 20, 2016.  Further the CMC currently scheduled for June 14, 2016 is hereby continued to August **9**, 2016 at 2:00 p.m.  **In the event defendants file a motion to dismiss, the hearing on that motion will be held on August 31, 2016 at 2:00 p.m., and the CMC shall be continued to that date and time.**

Dated: May 4, 2016

_____
Hon. William H. Orrick
United States District Court
Northern District of California