1  Robert L. Starr, Bar No. 183052
   robert@starrlaw.com
2  THE LAW OFFICE OF ROBERT L. STARR, APC
   23901 Calabasas Road, #2072
3  Calabasas, California 91302
   Telephone: (818) 225-9040
4  Facsimile: (818) 225-9042

5  Stephen M. Harris, Bar No. 110626
   stephen@smh-legal.com
6  THE LAW OFFICE OF STEPHEN M. HARRIS, APC
   6320 Canoga Avenue, Suite 1500
7  Woodland Hills, California 91367
   Telephone: (818) 924-3103
8  Facsimile: (818) 924-3079

9  Attorneys for Plaintiff
   Kieva Myers, individually, and on behalf of a class
10 of similarly situated individuals

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| KIEVA MYERS, individually, and on behalf of a class of similarly situated individuals,<br><br>    Plaintiff,<br><br>    v.<br><br>BMW OF NORTH AMERICA, LLC, BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT,<br><br>    Defendants. | NO.   3:16-CV-00412-WHO<br><br>**Hon. William H. Orrick**<br><br>**AGREED ADMINISTRATIVE MOTION, STIPULATION AND ORDER, CONTINUING HEARING ON MOTIONS TO DISMISS, ETC. OF DEFENDANTS BMW OF NORTH AMERICA LLC AND BAVERISCHE MOTOREN WERKKE AKTIENGESELLSCHAFT**<br><br>**[Civil L.R. 7-11]** |

        Plaintiff Kieva Myers ("Plaintiff") respectfully submits this agreed administrative motion to continue the August 31st hearing on Defendants motions to

-1-

1  dismiss and to alter the previous briefing schedule in connection with said motions.
2  This motion is based on the stipulation contained herein and upon any such other
3  matters that his Court deems appropriate.

**STIPULATION**

5      Plaintiff and Defendants BMW of North America LLC and Baverische
6  Motoren Werkke Aktiengesellschaft ("BMW" or "Defendants"), by and through
7  their respective undersigned counsel of record, hereby stipulate and agree as
8  follows pursuant to Northern District of California Civil Local Rule ("Civil Local
9  Rule") 7-11(a):

10     WHEREAS, Plaintiff filed a first amended complaint on April 12, 2016 [Dkt.
11 18];

12     WHEREAS, Defendants filed two separate motions to dismiss directed to the
13 First Amended Complaint on July 20, 2016 [Dkt.'s 21-23];

14     WHEREAS, Plaintiff needs additional time to prepare the opposition to the
15 two motions;

16     WHEREAS, BMW is agreeable to continuing the hearing and revising the
17 briefing schedule;

18     WHEREAS, the parties agreed that the hearing of the motion is hereby
19 continued to September 22, 2016, during the week counsel for BMW represented
20 he is available for the hearing;

21     IT IS HEREBY STIPULATED AND AGREED that the hearing of the
22 motions to dismiss, presently scheduled for August 31, 2016, is continued to
23 September 22, 2016, and Plaintiff shall file her opposing papers no later than
24 August 18, 2016, while BMW shall file the reply papers no later than September 1,
25 2016.

**IT IS HEREBY STIPULATED**

DATED: July 25, 2016                LEWIS BRISBOIS BISGAARD & SMITH LLP

By:      /s/ Eric Y. Kizirian
Eric Y. Kizirian
Attorneys for Defendant BMW of North America, LLC

DATED: July 25, 2016                THE LAW OFFICES OF STEPHEN M. HARRIS, P.C.

By:      /s/ Stephen M. Harris
Attorney for Plaintiff Kieva Myers

**Civil L.R. 5-1(i) And General Order 45 Certification**
The filing attorney hereby certifies that concurrence in the filing of the document has been obtained from each of the other signatories, in full accordance with Civil Local Rule 5-1(i), and N.D. Cal. Gen. Order 45, Section X(B).

**ORDER**

J gctkpi 'eqpvkpwgf 'vq'Ugrvgo dgt '43.'4238'cv'4<22'r 0o 0

**PURSUANT TO STIPULATION"%cu'o  qf lHgf +, IT IS SO ORDERED.**

DATED:  July 26, 2016                    _____
HON. WILLIAM H. ORRICK
JUDGE UNITED STATES
UNITED STATES DISTRICT COURT

-3-