UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| KIEVA MYERS, individually, and on behalf of a class of similarly situated individuals,<br><br>    Plaintiff,<br><br>  vs.<br><br>BMW OF NORTH AMERICA, LLC, Bayerische Motoren Werke Aktiengesellschaft,<br><br>    Defendants. | CASE NO. 3:16-CV-00412-WHO<br><br>**ORDER ON STIPULATION TO CONTINUE FEBRUARY 14, 2017 FURTHER CASE MANAGEMENT CONFERENCE BY SIXTY (60) DAYS** |

The Court has received and reviewed the Stipulation to Continue February 14, 2017 Further Case Management Conference By Sixty (60) Days ("Stipulation") filed by Plaintiff Kieva Myers ("Plaintiff") and Defendant BMW of North America, LLC ("BMW NA"). Based on the Stipulation and GOOD CAUSE APPEARING, the February 14, 2017 Further Case Management Conference is hereby off calendar and continued to April 18, 2017 at 2 p.m.

IT IS SO ORDERED.

Dated: February 6, 2017

_____
Hon. William H. Orrick
United States District Court
Northern District of California