UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIEVA MYERS, individually, and on behalf of a class of similarly situated individuals,<br><br>    Plaintiffs,<br><br>vs.<br><br>BMW OF NORTH AMERICA, LLC, and BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT,<br><br>    Defendants. | NO.: 3:16-cv-00412-WHO<br><br>**ORDER GRANTING STIPULATION TO VACATE CLASS CERTIFICATION MOTION HEARING DATE AND DEADLINES, TO VACATE NOVEMBER 14TH CASE MANAGEMENT CONFERERENCE, AND SCHEDULING DEADLINE FOR FILING PRELIMINARY APPROVAL MOTION** |

The parties have stipulated to vacate the class certification deadlines in this case, the hearing on the motion for class certification, and the court's November 14th case management conference, pursuant to their class action settlement. The parties' stipulation is GRANTED. The class certification deadlines and hearing, as well as the court's November 14th case management conference are hereby vacated.

Plaintiff shall file a motion for preliminary approval of the class action settlement no later than December 29, 2017.

**IT IS SO ORDERED**.

DATED: November 1, 2017

_____
William H. Orrick
United States District Judge

1