**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIEVA MYERS, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>BMW OF NORTH AMERICA, LLC, and BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT,<br><br>Defendants. | NO.: 3:16-cv-00412-WHO<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR FILING PRELIMINARY APPROVAL MOTION** |

The parties have stipulated to extend the deadline for the filing of Plaintiff's motion for preliminary approval of the class action settlement. The parties' stipulation is GRANTED.

Plaintiff shall file a motion for preliminary approval of the class action settlement no later than January 26, 2018.

**IT IS SO ORDERED**.

DATED: December 19, 2017

William H. Orrick
United States District Judge