UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| KIEVA MYERS, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>BMW OF NORTH AMERICA, LLC,<br><br>Defendants. | Case No. 3:16-cv-00412-WHO<br><br>**ORDER GRANTING STIPULATION TO CONTINUE HEARING ON MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

The Court has received and reviewed the Stipulation of plaintiff Kieva Myers ("Plaintiff") and defendant BMW of North America, LLC ("BMW NA") seeking to continue the hearing on Plaintiff's Motion for Preliminary Approval of Class Action Settlement ("Hearing") currently set for August 15, 2018 to August 29, 2018. Based on the Stipulation and GOOD CAUSE APPEARING, it is hereby ordered that the Hearing is continued to August 29, 2018 at 2:00 p.m.

**IT IS SO ORDERED.**

DATED: July 25, 2018

_____
Hon. William H. Orrick
United States District Court
Northern District of California